DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TEJANI RODRIGUEZ,**
Appellant,

v.

**ALBERTO PEREZ,**
Appellee.

No. 4D20-544

[August 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 15-9539 FMCE.

Scott J. Brook of Scott J. Brook, P.A., Coral Springs, for appellant.

Alan D. Sackrin of Sackrin & Tolchinsky, P.A., Hallandale Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

CIKLIN, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***